

**FILED**

9:47 am, 10/1/24

**Margaret Botkins
Clerk of Court**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JAMES B. BRODERICK and<br>JACQUELINE L. BRODERICK<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM FIRE AND CASUALTY<br>COMPANY, an ILLINOIS COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 23-CV-147-KHR<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before the Court on the Parties' *Stipulated Motion to Dismiss with Prejudice*, and the Court being fully advised, finds good cause that the motion should be granted.

**IT IS HEREBY ORDERED** that the *Stipulated Motion to Dismiss with Prejudice* is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action is dismissed with prejudice, with each party to pay their own attorney costs and fees.

**DATED** this 1st day of October, 2024.

Kelly H. Rankin
UNITED STATES DISTRICT COURT JUDGE